# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 20, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**CONCLUDED MATTERS:**

1. Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code filed by George L. Miller, Trustee
   [Filed 5/8/2025; Docket No. 1388]

   Related Documents:
   
   (a) Certification of Counsel Regarding Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code
   [Filed 6/6/2025; Docket No. 1405]

   (b) Entered Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Less Than or Equal to $75,000.00 Brought by Plaintiff
   [Filed 6/11/2025; Docket No. 1407]

   (c) Entered Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff
   [Filed 6/11/2025; Docket No. 1408]

   Objection Deadline: May 29, 2025 at 4:00 pm. ET

   Responses Received:
   
   (d) Limited Objection of Leadiant Biosciences, Inc. to Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code
   [Filed 5/29/2025; Docket No. 1401]

   Status: This matter is concluded. Orders have been entered by the Court.

2. Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Trustee and SST Corporation filed by George L. Miller, Trustee
Adversary No. 25-50352
[Filed 5/9/2025; Docket No. 1389]

    Related Documents:   (a) Certificate of No Objection
[Filed 5/27/2025; Docket No. 1399]

    (b) Entered Order Approving the Settlement Between the Trustee and SST Corporation
[Filed 5/28/2025; Docket No. 1400]

    Objection Deadline:   May 23, 2025 at 4:00 pm. ET

    Responses Received:   None

    Status:   This matter is concluded. Order has been entered by the Court.

3. Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Trustee and West Pharma Services filed by George L. Miller, Trustee
Adversary No. 25-50241
[Filed 5/23/2025; Docket No. 1398]

    Related Documents:   (a) Certificate of No Objection
[Filed 6/9/2025; Docket No. 1406]

    (b) Entered Order Approving the Settlement Between the Trustee and West Pharma Services
[Filed 6/11/2025; Docket No. 1409]

    Objection Deadline:   June 6, 2025 at 4:00 pm. ET

    Responses Received:   None

    Status:   This matter is concluded. Order has been entered by the Court.

LEGAL\78486351\1 6010823/00574256
06/17/2025

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

4. Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement Between the Trustee and Medtech Products, Inc. filed by George L. Miller, Trustee
Adversary No. 25-50452
[Filed 5/30/2025; Docket No. 1403]

   Related Documents:  (a) Certificate of No Objection
   [Filed 6/16/2025; Docket No. 1413]

   (b) Proposed Order
   [Filed 5/30/2025; Docket No. 1403]

   Objection Deadline:  June 6, 2025 at 4:00 pm. ET

   Responses Received:  None

   Status:  This matter is uncontested.  Certificate of No Objection has been filed.  Movant requests entry of Proposed Order.

5. Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025
[Filed 5/30/2025; Docket No. 1402]

   Related Documents:  (a) Certificate of No Objection
   [Filed 6/17/205; Docket No. 1414]

   (b) Proposed Order
   [Filed 5/30/2025; Docket No. 1402]

   Objection Deadline:  June 13, 2025 at 4:00 p.m. ET

   Responses Received:  None

   Status:  This matter is uncontested.  Certificate of No Objection has been filed.  Movant requests entry of Proposed Order.

6. Motion to Limit Service of Notice Regarding Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025
[Filed 6/3/2025; Docket No. 1404]

| | | |
|---|---|---|
| Related Documents: | (a) | Proposed Order [Filed 6/3/2025; Docket No. 1404] |
| Objection Deadline: | | June 17, 2025 at 4:00 pm. ET |
| Responses Received: | | None to date |
| Status: | | Objection Deadline is June 17, 2025.  Trustee anticipates filing a Certificate of No Objection on June 18, 2025. |

Dated: June 17, 2025
      Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028 Phone
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*